Eda Fay GRUBBS, Plaintiff-Appellant,

v.

WHITE SETTLEMENT INDEPENDENT
SCHOOL DISTRICT et al.,
Defendants-Appellees.

No. 75–1904.

United States Court of Appeals,
Fifth Circuit.

May 7, 1976.

Dauphin Whitehead, Arlington, Tex., for plaintiff-appellant.

David B. Owen, Cecil A. Morgan, Forth Worth, Tex., for defendants-appellees.

Before GEWIN, GODBOLD and SIMPSON, Circuit Judges.

PER CURIAM:

Based on the opinion of the District Court reported at 390 F.Supp. 895 (N.D.Tex.1975), the judgment appealed from is AFFIRMED.

Willis J. POIRRIER, Jr., Clement Jasmin, Individually and as representatives of John Does and Jane Does, similarly situated, Plaintiffs-Appellants,

v.

ST. JAMES PARISH POLICE JURY and
Paul Keller, etc., et al., etc.,
Defendants-Appellees.

No. 75–1058.

United States Court of Appeals,
Fifth Circuit.

May 7, 1976.

Rehearing Denied Aug. 26, 1976.

See 537 F.2d 840.

Paul G. Aucoin, Vacherie, La., for plaintiffs-appellants.

Charles S. Becnel, First Dist. Atty., 23rd Judicial Dist., Vacherie, La., for Keller and St. James Police.

Before MORGAN, CLARK and TJOFLAT, Circuit Judges.

PER CURIAM:

AFFIRMED. We adopt the opinion of the District Court at 372 F.Supp. 1021 (E.D. La.1974).